IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON PELLAZARI, Special Administrator )
of the Estate of BETTY J. PELLAZARI, )
Deceased, )
      )
    Plaintiff, )
      )   No. 3:10-cv-00278-DRH-DGW
v. )
      )
MYLAN, INC. and MYLAN )
PHARMACEUTICALS, INC., )
      )
    Defendant. )

## ORDER

CONSIDERING Plaintiff's Motion for Voluntary Dismissal Pursuant to FRCP

41(a)(2), it is hereby ORDERED that Plaintiff's motion is hereby GRANTED. The

Clerk will close the file.

**SO ORDERED.**

David R. Herndon
2011.02.03
10:53:20 -06'00'

DATED: February 2, 2011

**Chief Judge**
**United States District Court**